■ .DELMONICO HOTEL CORP. v. L. B. MEYERS et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See 286 App. Div. 1075.]

■ In the Matter of ASSOCIATED OPERATING COMPANY et al., Appellants, against ALFRED J. BOHLINGER, as Superintendent of Insurance of the State of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Bastow, Botein and Rabin, JJ. [See 286 App. Div. 1003.]

■ REBECCA AMINOFF v. RALPH AMINOFF et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ. [See 286 App. Div. 1066.]

■ REBECCA AMINOFF v. RALPH AMINOFF.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ. [See 286 App. Div. 514.]

■ REBECCA AMINOFF v. RALPH AMINOFF et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See 286 App. Div. 1075.]

■ MAURICE MAY, INC., v. GUSTAV H. PETERSEN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, Bastow, Botein, Rabin and Bergan, JJ. [See 286 App. Div. 1074.]

■ BERNADETTE MANNUCCI et al. v. NEW YORK CITY OMNIBUS CORPORATION.—Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Bastow, Botein, Rabin and Cox, JJ. [See 286 App. Div. 1004.]

■ THE PEOPLE OF THE STATE OF NEW YORK v. RANDOLPH HARPER.— Motion for reargument denied. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [See 286 App. Div. 1085.]

■ PATRICIA GANNON v. WILLIAM WHERRY, Individually and as Executor of MARGARET W. McMULLEN, Deceased, et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ. [See 286 App. Div. 1072.]

■ In the Matter of the Accounting of JULIUS PESKIN et al., as Executors of JACOB PESKIN, Deceased, Respondents. LEON PESKIN, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ. [See 286 App. Div. 1009.]

■ SOL ELLMAN et al. v. A. IRVING ISAACSON et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See 286 App. Div. 1075.]

■ THOMAS J. BATA et al. v. JAN A. BATA.—Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox and Bergan, JJ. [See 286 App. Div. 1076.]

■ JULIA SCOTTO v. ANTHONY SCOTTO.—Motion for leave to appeal to the Court of Appeals denied. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [See 286 App. Div. 1001.]

■ NETTIE DE LOATCH v. EDWARD DE LOATCH.—Motion for leave to appeal to the Court of Appeals denied. Concur — Bastow, J. P., Botein, Rabin and Cox, JJ. [See 286 App. Div. 1004.]

■ In the Matter of the Accounting of JULIUS PESKIN et al., as Executors of JACOB PESKIN, Deceased, Appellants. LEON PESKIN, Respondent. In the Matter of the Accounting of LEON PESKIN, as Executor of JACOB PESKIN, Deceased, Respondent. JULIUS PESKIN et al., Appellants.— Motion granted